UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONATHAN JAVIER LOBO VIZCAINO,<br><br>            Petitioner,<br><br>       v.<br><br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br><br>            Respondent. | No. 2:26-cv-00542-DJC-CSK |
| JHONATHAN JAVIER LOBO VIZCAINO,<br><br>            Petitioner,<br><br>       v.<br><br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br><br>            Respondent. | No. 2:26-cv-01051-DAD-CSK<br><br>RELATED CASE ORDER |

Respondents have filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, both actions involve the common parties and

1

raise similar questions of fact and law.  *See* Local Rule 123(a)(1), (3).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:26-cv-01051 is reassigned from District Judge Dale A. Drozd to the undersigned.  As Magistrate Judge Chi Soo Kim is already assigned to both matters, no reassignment of the magistrate judge is necessary.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:26-cv-01051-DJC-CSK.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **April 1, 2026**

_Daniel J. Calabretta_
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 – Timmins24cv03017.related_cases

2